**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JULIAN H. CHACON                                                              PETITIONER


VS.                              CASE NO. 2:12CV00088 SWW


T.C. OUTLAW, WARDEN,
FCC Forrest City                                                             RESPONDENT

<u>**ORDER**</u>

The Court has received proposed Findings and Recommendations from Magistrate

Judge H. David Young.  After careful review of those Findings and Recommendations, the

objections received thereto,[1] and a *de novo* review of the record, the Court concludes that the

Findings and Recommendations should be, and hereby are, approved and adopted in their

entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

Additionally, the Court finds that petitioner cannot make the requisite showing that reasonable

jurists could debate whether this Court is correct in its ruling.  *Slack v. McDaniel*, 529 U.S. 473,

484 (2000).  Accordingly, no certificate of appealability will issue.

IT IS SO ORDERED this 13th day of August 2012.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has also filed a "Traverse Response to Government's Response."  See Doc.#9.