**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JULIAN H. CHACON**                                                                **PETITIONER**

**VS.**                        **CASE NO. 2:12CV00088 SWW**

**T.C. OUTLAW, WARDEN,
FCC Forrest City**                                                    **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the objections received thereto,[1] and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly. Additionally, the Court finds that petitioner cannot make the requisite showing that reasonable jurists could debate whether this Court is correct in its ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, no certificate of appealability will issue.

IT IS SO ORDERED this 13th day of August 2012.

                                                                 /s/Susan Webber Wright
                                                                 UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has also filed a "Traverse Response to Government's Response." See Doc.#9.