**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**


**JULIAN H. CHACON**                                             **PETITIONER**


**VS.**                         **CASE NO. 2:12CV00088 SWW**


**T.C. OUTLAW, WARDEN,
FCC Forrest City**                                    **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.


IT IS SO ORDERED this 13th day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE